Seta Sarabekian, Esq., SBN 299578
CLARK HILL LLP
555 South Flower Street, 24th Floor Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
bhughes@ClarkHill.com ssarabekian@clarkhill.com
Attorneys for Defendants MARTEN TRANSPORT LTD
and JERRY WAYNE DUDLEY JR.
OLIVIER A. TAILLIEU (SBN 206546)
ot@bhattorneys.com
JENNIFER BAGOSY (SBN 223145)
jby@bhattorneys.com
BD&J, PC
9701 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212
Telephone: (310) 887-1818
Facsimile: (310) 299-7592

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ZEPEDA ALCARAZ, an individual; MARIBEL ALCALA DE PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTEN TRANSPORT LTD, a corporation; JERRY WAYNE DUDLEY JR, an individual; and DOES 1 to 25 inclusive,<br><br>Defendant. | Case No. 1:23-CV-00615-JLT-SKO<br><br>STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER<br><br>Assigned to: Hon. Jennifer L. Thurston<br><br>Magistrate Judge: Hon. Sheila K. Oberto<br><br>Complaint Filed: March 9, 2023<br><br>Trial: March 4, 2025 |

Pursuant to Rules 6(b) and 29(b) of the Federal Rules of Civil Procedure and Pursuant to Local Rule 143 Plaintiffs JOSE ZEPEDA ALCARAZ and MARIBEL ALCALA DE PEREZ ("Plaintiffs") and Defendants MARTEN TRANSPORT LTD and JERRY WAYNE DUDLEY JR ("Defendants") (collectively the "Parties") hereby respectfully stipulate and request the Court amend the Scheduling Order (ECF No. 29) for good cause, and in support thereof would respectfully show the Court as follows:

On August 17, 2023, a Scheduling Conference was held; the Court set the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 240:

 Non Expert Discovery: June 14, 2024

 Expert Disclosures: August 1, 2024

 Rebuttal Expert Disclosures: August 29, 2024

 Expert Discovery: September 27, 2024

The Parties now seek to amend the aforementioned deadlines as follows:

 Non Expert Discovery: August 16, 2024

 Expert Disclosures: September 26, 2024

 Rebuttal Expert Disclosures: October 24, 2024

 Expert Discovery: November 22, 2024

Good cause exists to grant this joint stipulation and the Parties request this reset and amendment to the Scheduling Order for the following reasons:

The parties have been diligently conducting written discovery and plan to take the necessary fact depositions promptly. However, the scope and extent of Plaintiffs' alleged injuries and the resulting damages necessities extensive discovery. Specifically, Plaintiff Jose Zepeda Alcaraz claims injuries to more than 10 body parts as a result of the crash in which his vehicle went over an embankment, and he has received treatment for accident-related injuries with more than 20 providers. Plaintiff Maribel Alcala de Perez also claims several discrete injuries and has treated with nearly 20 providers. Both Plaintiffs claim the accident caused them to suffer traumatic brain injuries. Plaintiffs are also investigating and pursuing the testimony of fact witnesses to the incident, and cannot guarantee all will be subpoenaed and deposed within the time prescribed.

Although the parties are making a concerted effort to complete all pending discovery, the Parties anticipate that they will not be able to comply with the current fact and expert discovery deadlines.

Moreover, the Parties have agreed to attend private mediation with Hon. Richard Stone, Ret., however, the Parties must first complete the pending discovery before they can engage in

meaningful settlement discussions.

The brief continuance may aid the facilitation of settlement, it will not cause any prejudice to the Parties or any third-party, and it is not requested for any improper purpose.

Dated: 5/8/2024  CLARK HILL LLP
By: /s/ Bradford G. Hughes
Bradford G. Hughes
Seta Sarabekian
Attorneys for Defendants MARTEN TRANSPORTS LTD and JERRY WAYNE DUDLEY JR.

Dated: 5/8/2024  BD&J, PC
By: /s/ Jennifer Bagosy
Olivier Taillieu
Jennifer Bagosy
Attorneys for Plaintiffs JOSE ZEPEDA ALCARAZ and MARIBEL ALCALA DE PEREZ

# **ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 30), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the Scheduling Order (Doc. 25) is MODIFIED as follows:

|  | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery | June 14, 2024 | August 16, 2024 |
| Expert Disclosures | August 1, 2024 | September 26, 2024 |
| Rebuttal Expert Disclosures | August 29, 2024 | October 24, 2024 |
| Expert Discovery | September 27, 2024 | November 22, 2024 |
| Non-Dispositive Motion Deadline | Filing: October 4, 2024<br>Hearing: November 6, 2024 | Filing: December 6, 2024<br>Hearing: January 15, 2025 |
| Dispositive Motion Deadline | Filing: October 11, 2024<br>Hearing: November 15, 2024 | Filing: December 13, 2024<br>Hearing: January 17, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates | December 4, 2024 | February 12, 2025 |
| Pre-Trial Conference | January 6, 2025 | March 17, 2025 |
| Trial | March 4, 2025 | May 13, 2025 |

IT IS SO ORDERED.

Dated:   **May 9, 2024**                         */s/ Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE