Bradford G. Hughes, Esq., SBN 247141
Seta Sarabekian, Esq., SBN 299578
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
bhughes@ClarkHill.com
ssarabekian@clarkhill.com
Attorneys for Defendants MARTEN TRANSPORT LTD
and JERRY WAYNE DUDLEY JR.

OLIVIER A. TAILLIEU (SBN 206546)
  *ot@bhattorneys.com*
JENNIFER BAGOSY (SBN 223145)
  *jby@bhattorneys.com*
**BD&J, PC**
9701 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212
Telephone: (310) 887-1818
Facsimile: (310) 299-7592

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ZEPEDA ALCARAZ, an individual; MARIBEL ALCALA DE PEREZ, an individual,<br><br>                Plaintiffs,<br><br>  v.<br><br>MARTEN TRANSPORT LTD, a corporation; JERRY WAYNE DUDLEY JR, an individual; and DOES 1 to 25 inclusive,<br><br>                Defendants. | Case No. 1:23-CV-00615-JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 32)<br><br>Assigned to: Hon. Jennifer L. Thurston<br>Magistrate Judge: Hon. Sheila K. Oberto<br><br>Complaint Filed: March 9, 2023<br>Trial: March 4, 2025 |

Pursuant to Rules 6(b) and 29(b) of the Federal Rules of Civil Procedure and Pursuant to Local Rule 143 Plaintiffs JOSE ZEPEDA ALCARAZ and MARIBEL ALCALA DE PEREZ ("Plaintiffs") and Defendants MARTEN TRANSPORT LTD and

1
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

274456357

JERRY WAYNE DUDLEY JR ("Defendants") (collectively the "Parties") hereby respectfully stipulate and request the Court amend the Scheduling Order (ECF No. 29) for good cause, and in support thereof would respectfully show the Court as follows:

On August 17, 2023, a Scheduling Conference was held; the Court set the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 240:

> Non Expert Discovery: June 14, 2024
>
> Expert Disclosures: August 1, 2024
>
> Rebuttal Expert Disclosures: August 29, 2024
>
> Expert Discovery: September 27, 2024

These deadlines were amended on May 9, 2024 via Stipulation and Order as follows:

> Non Expert Discovery: August 16, 2024
>
> Expert Disclosures: September 26, 2024
>
> Rebuttal Expert Disclosures: October 24, 2024
>
> Expert Discovery: November 22, 2024

Plaintiffs now request a further amendment to the discovery cutoff dates as follows:

> Non Expert Discovery: September 16, 2024
>
> Expert Disclosures: October 16, 2024
>
> Rebuttal Expert Disclosures: November 14, 2024
>
> Expert Discovery: December 12, 2024

Good cause exists to grant this joint stipulation and the Parties request this reset and amendment to the Scheduling Order for the following reasons:

The parties have been diligently conducting written discovery, and are in the process of scheduling the necessary fact depositions as soon as practicable. Plaintiffs are waiting on key evidence in the form of police and ambulance records, photographs, and videos, which have been subpoenaed from the relevant agencies, and which

Plaintiffs require before deposing Defendant Dudley and Defendant Marten's Person Most Qualified.

The depositions of police officers at the scene of the Incident, Officers Aldrete and Diaz, have been noticed for July 19, 2024. Depositions of Plaintiffs Jose Zepeda Alcaraz and Maribel Alcala de Perez are scheduled for July 29 and 30, 2024, and Plaintiff plans to take the depositions of Defendant Dudley and Defendant Marten's PMQ as soon as possible thereafter.  Plaintiffs have also been trying to locate and subpoena accident eyewitness Kenny Gerard, who was named in the Traffic Collision Report, but have not yet located him.

In addition, Plaintiffs have retained an accident reconstruction expert to conduct an inspection of Defendant's vehicle at issue in the case. Plaintiffs hope to arrange that inspection to take place in early August.

Further, Plaintiffs are unable to conduct these depositions during June or early July, because Plaintiffs' counsels of record are each going to be out of town and unavailable between Sunday, June 16 and Thursday, July 11 (and, in the case of day-to-day handling attorney Jennifer Bagosy, out of the country during those dates).  For each attorney, these travels have been paid for and planned for many months.  Plaintiffs' and Defendants' counsels are working together to set firm dates for all outstanding depositions before mid-August; however, it is unlikely that all fact discovery can be completed by August 16, 2024.

The additional brief continuance may aid the facilitation of settlement, it will not cause any prejudice to the Parties or any third-party, and it is not requested for any improper purpose.

Dated: 6/7/2024

CLARK HILL LLP

By: /s/
Bradford G. Hughes
Seta Sarabekian
Attorneys for Defendants MARTEN TRANSPORTS LTD and JERRY WAYNE DUDLEY JR.

Dated: 6/7/2024                                              BD&J, PC


By:  /s/ Jennifer Bagosy
Olivier Taillieu
Jennifer Bagosy
Attorneys for Plaintiffs JOSE ZEPEDA ALCARAZ and MARIBEL ALCALA DE PEREZ

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 32), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the case schedule (Doc. 31) is MODIFIED as follows:

|  | **Previous Deadline** |  | **New Deadline** |
|---|---|---|---|
| Non-Expert Discovery | August 16, 2024 |  | September 16, 2024 |
| Expert Disclosures | September 26, 2024 |  | October 16, 2024 |
| Rebuttal Expert Disclosures | October 24, 2024 |  | November 14, 2024 |
| Expert Discovery | November 22, 2024 |  | December 12, 2024 |
| Non-Dispositive Motion Deadline | Filing: December 6, 2024<br>Hearing: January 15, 2025 |  | Filing: December 13, 2024<br>Hearing: January 22, 2025 |

All other dates in the case schedule (Doc. 31) REMAIN AS SET.

IT IS SO ORDERED.

Dated:  **June 14, 2024**                         /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE