Bradford G. Hughes, Esq., SBN 247141
Seta Sarabekian, Esq., SBN 299578
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
bhughes@ClarkHill.com
ssarabekian@clarkhill.com
Attorneys for Defendants MARTEN TRANSPORT LTD
and JERRY WAYNE DUDLEY JR.

OLIVIER A. TAILLIEU (SBN 206546)
  *ot@bhattorneys.com*
JENNIFER BAGOSY (SBN 223145)
  *jby@bhattorneys.com*
**BD&J, PC**
9701 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212
Telephone: (310) 887-1818
Facsimile: (310) 299-7592

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ZEPEDA ALCARAZ, an individual; MARIBEL ALCALA DE PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTEN TRANSPORT LTD, a corporation; JERRY WAYNE DUDLEY JR, an individual; and DOES 1 to 25 inclusive,<br><br>Defendant. | Case No. 1:23-CV-00615-JLT-SKO<br><br>**THIRD STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 34)<br><br>Assigned to: Hon. Jennifer L. Thurston<br>Magistrate Judge: Hon. Sheila K. Oberto<br><br>Complaint Filed:   March 9, 2023<br>Trial: March 4, 2025 |

Pursuant to Rules 6(b) and 29(b) of the Federal Rules of Civil Procedure and Pursuant to Local Rule 143 Plaintiffs JOSE ZEPEDA ALCARAZ and MARIBEL ALCALA DE PEREZ ("Plaintiffs") and Defendants MARTEN TRANSPORT LTD and

1

THIRD STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

274456357

JERRY WAYNE DUDLEY JR ("Defendants") (collectively the "Parties") hereby respectfully stipulate and request the Court amend the Scheduling Order (ECF No. 29) for good cause, and in support thereof would respectfully show the Court as follows:

On August 17, 2023, a Scheduling Conference was held; the Court set the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 240:

> Non Expert Discovery: June 14, 2024
>
> Expert Disclosures: August 1, 2024
>
> Rebuttal Expert Disclosures: August 29, 2024
>
> Expert Discovery: September 27, 2024

These deadlines were amended on May 9, 2024 via Stipulation and Order as follows:

> Non Expert Discovery: August 16, 2024
>
> Expert Disclosures: September 26, 2024
>
> Rebuttal Expert Disclosures: October 24, 2024
>
> Expert Discovery: November 22, 2024

Plaintiffs previously requested a further amendment to the discovery cutoff dates as follows, which this Court granted:

> Non Expert Discovery: September 16, 2024
>
> Expert Disclosures: October 16, 2024
>
> Rebuttal Expert Disclosures: November 14, 2024
>
> Expert Discovery: December 12, 2024

Both parties now request a further amendment to the discovery cutoff as follows preceding the May 13, 2025 trial in this matter:

> Non Expert Discovery: November 15, 2024
>
> Expert Disclosures: December 16, 2024
>
> Rebuttal Expert Disclosures: January 14, 2025
>
> Expert Discovery: February 12, 2025

Good cause exists to grant this joint stipulation and the Parties request this reset and amendment to the Scheduling Order for the following reasons:

The parties have also been diligently noticing and conducting depositions. Four depositions have been taken to date, with several more confirmed in August and early September. Plaintiffs have noticed 7 depositions, including 5 of non-parties. Defendants have noticed depositions of more than 20 witnesses, principally non-party medical providers and treaters of Plaintiffs.

However, the parties require additional time to complete fact discovery for the following reasons:

(1) Defendant Marten's Person Most Qualified has limited availability for Marten's deposition under Rule 30(b)(6), and has not been able to be deposed to date, nor will the PMQ be available for deposition before the current fact discovery cutoff of September 16, 2024;

(2) The PMQ deposition may lead to the need for Plaintiff to notice additional depositions of Marten employees;

(3) Defendants have subpoenaed and noticed the depositions of over 20 of Plaintiff's treating providers. (The parties may require the Court's input on the number of depositions appropriate for this case in the future as Plaintiffs will not stipulate to allow Defendants more than 12 depositions (2 more than the 10 allowed by FRCP 30). However, as of the present date, only 2 of these depositions have been taken, and only 5 providers have confirmed their availability and scheduled depositions before the September 16, 2024 cutoff.

(4) Plaintiffs obtained contact information for several additional eyewitnesses to the subject accident from CHP Officer Aldrete's August 2, 2024 deposition. Plaintiff is diligently working to contact, locate and subpoena these witnesses; however, Plaintiff has not yet been able to successfully serve the three that Plaintiffs have located and noticed. There is insufficient time to locate them

all, provide the required notice, and secure their availability for a deposition to take place before September 16, 2024.

A fact discovery continuance of 59 days is requested, as opposed to a shorter period of time, because Plaintiffs' counsels will be in a 3-4 week trial beginning in September 24, 2024 in a case filed in 2019.

The additional brief continuance may aid the facilitation of settlement, it will not cause any prejudice to the Parties or any third-party, and it is not requested for any improper purpose.

Dated: 8/12/2024                    CLARK HILL LLP


                                    By:  /s/ Bradford G. Hughes
                                         Bradford G. Hughes
                                         Seta Sarabekian
                                    Attorneys for Defendants MARTEN
                                    TRANSPORTS LTD and JERRY WAYNE
                                    DUDLEY JR.

1 | Dated: 8/12/2024                                     BD&J, PC

By:  /s/ Jennifer Bagosy
       Olivier Taillieu
       Jennifer Bagosy
Attorneys for Plaintiffs JOSE ZEPEDA
ALCARAZ and MARIBEL ALCALA DE
PEREZ

# **ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 34), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the case schedule (Docs. 31 & 33) is MODIFIED as follows:

|  | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery | September 16, 2024 | November 15, 2024 |
| Expert Disclosures | October 16, 2024 | December 16, 2024 |
| Rebuttal Expert Disclosures | November 14, 2024 | January 14, 2025 |
| Expert Discovery | December 12, 2024 | February 12, 2025 |
| Non-Dispositive Motion Deadline[1] | Filing: December 13, 2024<br>Hearing: January 22, 2025 | Filing: February 13, 2025<br>Hearing: March 26, 2025 |
| Dispositive Motion Deadline | Filing: December 13, 2024<br>Hearing: January 17, 2025 | Filing: February 20, 2025<br>Hearing: March 31, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates | February 12, 2025 | By April 30, 2025, or 90 days before trial, whichever is later |
| Pre-Trial Conference | March 17, 2025 | June 2, 2025 |
| Trial | May 13, 2025 | July 29, 2025 |

IT IS SO ORDERED.

Dated:   **August 13, 2024**                    /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties did not request an enlargement of the motion deadlines and pretrial and trial dates, such enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.