Bradford G. Hughes, Esq., SBN 247141
Seta Sarabekian, Esq., SBN 299578
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone:(213) 891-9100
Facsimile: (213) 488-1178
bhughes@ClarkHill.com
ssarabekian@clarkhill.com
Attorneys for Defendants MARTEN TRANSPORT LTD
and JERRY WAYNE DUDLEY JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ZEPEDA ALACRAZ, an individual; MARIBEL ALCALA DE PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTEN TRANSPORT LTD, a corporation; JERRY WAYNE DUDLEY JR, an individual; and DOES 1 to 25 inclusive,<br><br>Defendant. | Case No. 1:23-CV-00615-JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Assigned to: Hon. Jennifer L. Thurston<br>Magistrate Judge: Hon. Sheila K. Oberto<br><br>Complaint Filed:   March 9, 2023<br>Trial: July 29, 2025<br><br>(Doc. 40) |

Pursuant to Rules 6(b) and 29(b) of the Federal Rules of Civil Procedure and Pursuant to Local Rule 143 Plaintiffs JOSE ZEPEDA ALACRAZ and MARIBEL ALCALA DE PEREZ ("Plaintiffs") and Defendants MARTEN TRANSPORT LTD and JERRY WAYNE DUDLEY JR ("Defendants") (collectively the "Parties") hereby respectfully stipulate and request the Court amend the current Scheduling Order (ECF No. 35) for good cause, and in support thereof would respectfully show the Court as follows:

On August 17, 2023, a Scheduling Conference was held; the Court set the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 240:

  Non Expert Discovery: June 14, 2024

  Expert Disclosures: August 1, 2024

1
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

279241366

    Rebuttal Expert Disclosures: August 29, 2024

    Expert Discovery: September 27, 2024

The pretrial deadlines were amended 3 times previously, and the last time, the Court's Order also *sua sponte* continued the trial date to July 29, 2025. (ECF 35). The trial had not previously been continued. The current discovery cutoffs, as per the August 12, 2024 Order (ECF 35) are as follows:

    Non Expert Discovery: November 15, 2024

    Expert Disclosures: December 16, 2024

    Rebuttal Expert Disclosures: January 14, 2025

    Expert Discovery: February 12, 2025

**Both parties now request a further amendment to the discovery cutoff as follows preceding the July 29, 2025 trial in this matter:**

    **Non Expert Discovery: January 31, 2025**

    **Expert Disclosures: February 28, 2025**

    **Rebuttal Expert Disclosures: March 14, 2025**

    **Expert Discovery: April 11, 2025**

Good cause exists to grant this joint stipulation and the Parties request this reset and amendment to the Scheduling Order for the following reasons:

(1) The scope and extent of Plaintiffs' alleged injuries and resulting damages continues to require extensive discovery. Although the parties are making a concerted effort to complete all pending discovery, the Parties anticipate that they will not be able to comply with the current fact and expert discovery deadlines. Moreover, the Parties have agreed to attend a mediation, however, the Parties must first complete the pending discovery before they can engage in meaningful settlement discussions.

(2) To date, the following depositions have been completed: Three (3) depositions of emergency personnel, two (2) depositions of eyewitnesses, five (5) depositions of Plaintiffs' treating physicians, and the PMQ deposition of Defendant Marten

Transport.

(3) Plaintiffs Jose Zepeda Alcaraz and Maribel Perez de Alcala are scheduled for deposition on November 4 and 5, 2024. Defendant Dudley's deposition is set for November 11, 2024.  Three (3) more of Plaintiffs' treating physician depositions are scheduled for October 28, 2024 and November 12, 2024.

(4) The October 23, 2024 PMQ deposition of Marten Transport yielded information about additional categories of documents, and of witnesses, and Plaintiffs now require additional time to obtain that discovery. For example, the PMQ testified that there were a series of video training modules provided to Defendant Dudley, which included driver safety training. The videos themselves are in the possession of Marten and/or third party company Infinity, and information regarding which specific modules Dudley completed are in Infinity's possession. Plaintiffs require this information to support their claims against Defendant Dudley.  Plaintiffs will not be able to request and obtain this information by November 15, 2024.

(5) Defendants are working on coordinating five (5) additional medical treater depositions; however, the parties may require the Court's input on the number of depositions appropriate for this case in the future as Plaintiffs will not stipulate to allow Defendants more than 12 depositions (2 more than the 10 allowed by FRCP 30).

(6) Plaintiffs obtained contact information for several additional eyewitnesses to the subject accident from CHP Officer Aldrete's August 2, 2024 deposition. Plaintiffs did successfully subpoena and obtain the deposition of two (2) of these witnesses; however, there are two (2) more witnesses that Plaintiffs are diligently working to contact, locate and subpoena. There is insufficient time to locate them all, provide the required notice, and secure their availability for a deposition to take place before November 15, 2024.

(7) Given the scope and extent of Plaintiffs' alleged injuries, Defendants anticipate the necessity to conduct Independent Medical Exams of Plaintiffs. Given the

current posture of discovery, however, there is insufficient time to complete the above discovery and have Plaintiffs submit to Independent Medical Exams before November 15, 2024.

(8) Both Plaintiffs' counsels of record will be engaged in a minimum 4-week trial beginning November 13, 2024, in a case filed in 2019 with a 72-year-old Plaintiff, which is unlikely to be continued.

(9) This brief continuance may aid the facilitation of settlement, it will not cause any prejudice to the Parties or any third-party, and it is not requested for any improper purpose.

Dated:  October 24, 2024                    CLARK HILL LLP

By: */s/: Seta Sarabekian*
Bradford G. Hughes
Seta Sarabekian
Attorneys for Defendants MARTEN TRANSPORTS LTD and JERRY WAYNE DUDLEY JR.

1 | Dated:  October 23, 2024                         BD&J, PC

                                              /s/ Jennifer Bagosy (as authorized
                                              on October 23, 2024)
                                      By: _____
                                            Olivier Taillieu
                                            Jennifer Bagosy
                                      Attorneys for Plaintiffs JOSE ZAPEDA and
                                      MARIBEL ALCALA DE PEREZ

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 40), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the case schedule (Docs. 35) is MODIFIED as follows:

|  | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery | November 15, 2024 | January 31, 2025 |
| Expert Disclosures | December 16, 2024 | February 28, 2025 |
| Rebuttal Expert Disclosures | January 14, 2025 | March 14, 2025 |
| Expert Discovery | February 12, 2025 | April 11, 2025 |
| Non-Dispositive Motion Deadline[1] | Filing: February 13, 2025<br>Hearing: March 26, 2025 | Filing: April 16, 2025<br>Hearing: May 21, 2025 |
| Dispositive Motion Deadline | Filing: February 20, 2025<br>Hearing: March 31, 2025 | Filing: April 23, 2025<br>Hearing: May 28, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates | By April 30, 2025, or 90 days before trial, whichever is later | By July 23, 2025, or 90 days before trial, whichever is later |
| Pre-Trial Conference | June 2, 2025 | August 25, 2025 |
| Trial | July 29, 2025 | October 21, 2025 |

IT IS SO ORDERED.

Dated:   **October 27, 2024**           /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties did not request an enlargement of the motion deadlines and pretrial and trial dates, such enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.