**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ZEPEDA ALCARAZ, an individual; MARIBEL ALCALA DE PEREZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTEN TRANSPORT LTD, a corporation; JERRY WAYNE DUDLEY JR, an individual; and DOES 1 to 25 inclusive,<br><br>    Defendants. | Case Number 1:23-cv-00615-JLT-SKO<br><br>**ORDER**<br><br>(Doc. 56) |

Based on the parties' "Joint Stipulation to Continue Hearing and Set Briefing Schedule," (Doc. 56), and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiffs' Opposition to Defendant Dudley's Motion for Summary Judgment shall be due on July 11, 2025.

1

**[ORDER**

2. Defendant Dudley's Reply brief shall be due on July 28, 2025.

3. The hearing on Defendant Dudley's Motion for Summary Judgment VACATED, to be reset, if appropriate, by the presiding District Judge.

IT IS SO ORDERED.

Dated:  **June 23, 2025**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE